UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ALBERT W. BLOCK, JR., ET AL.** | **CIVIL ACTION NO. 3:20-CV-01592** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **REAL TIME RESOLUTIONS, INC., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the motions to dismiss for failure to state a claim upon which relief can be granted [doc. #s 18 & 27] filed Defendants Capital One. N.A. and Real Time Resolutions, Inc., respectively, are GRANTED, and the claims of Plaintiffs Albert W. Block, Jr. and Claudia Ann Marlette Block are hereby DISMISSED, WITH PREJUDICE, in their entirety. FED. R. CIV. P. 12(b)(6).

Monroe, Louisiana, this 22nd day of June 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE